IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Michael N Lutman on behalf of himself

    Plaintiff,

v.

Ocwen Loan Servicing, LLC
Duetsche Bank Trust Company
Americas f/k/a Bankers Trust Company,
Weissman Nowack Curry & Wilco, PC

    Defendants.

CASE NO.:

No. 1:16-CV-1407-ELR-LTW

## ORDER EXTENDING THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS MOTION TO DISMISS COMPLAINT

HAVING COME ON FOR CONSIDERATION, the Plaintiff's Motion for Extension of Time for Plaintiff to Respond to Defendants Motion to Dismiss Complaint, and after due consideration and for good cause shown, the Court GRANTS Plaintiff's Motion requesting an additional thirty (30) days in which to file his response to the Motion to Dismiss Complaint filed by the Defendant.

THEREFORE, IT IS HEREBY ORDERED that the time for the Plaintiff to file his Response in Opposition to the Defendants Motion to Dismiss is extended for a period of thirty days, through and including June 20, 2016. *Nunc pro tunc.*

SO ORDERED this 24 day of June 2016

*Linda J. Walker*
U.S. Magistrate Judge