IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL N. LUTMAN ON BEHALF OF HIMSELF,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK TRUST COMPANY AMERICAS f/k/a BANKERS TRUST COMPANY; and WEISSMAN, NOWACK, CURRY, & WILCO, PC,<br><br>    Defendants. | Civil Action File No.:<br>1:16-CV-1407-ELR-LTW |

### NOTICE OF APPEARANCE OF TEAH GLENN KIRK

COME NOW Teah Glenn Kirk of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., and enters her appearance as counsel of record for Defendants Ocwen Loan Servicing, LLC ("Ocwen") and Deutsche Bank Trust Company Americas, f/k/a Bankers Trust Company, as Trustee for Saxon Asset Securities Trust 2001-2, Mortgage Loan Asset Backed Certificates, Series 2001-2 ("Deutsche Bank"), *incorrectly identified by plaintiff as Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company,* (collectively with Ocwen, "Defendants"), in the above referenced matter.

1

Appearing counsels' contact information is as follows:

Teah Glenn Kirk
Georgia Bar No. 430412
**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, GA 30326
Phone: (404) 577-6000
Facsimile: (404) 221-6501
tkirk@bakerdonelson.com

This 19th day of July, 2016.

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** | /s/Teah Glenn Kirk |
| Suite 1600, Monarch Plaza | Teah Glenn Kirk |
| 3414 Peachtree Rd. NE | Georgia Bar No. 430412 |
| Atlanta, Georgia 30326 | Montoya M. Ho-Sang |
| Ph. (404) 577-6000 | Georgia Bar No. 572105 |
| Facsimile: (404) 221-6501 | *Attorneys for Defendants* |
| Email: tkirk@bakerdonelson.com | |
| Email: mho-sang@bakerdonelson.com | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **NOTICE OF APPEARANCE OF TEAH GLENN KIRK** by filing same with the CM/ECF system, which will automatically send email notifications to all attorneys of record or by U.S. Mail upon the following:

Michael N. Lutman, *pro se*
8450 Truman Street
Englewood, Florida 34224

Christopher Brent Wardrop
Weissman, Nowack, Curry & Wilco, P.C.
3500 Lenox Rd.
One Alliance Center, 4th Floor
Atlanta, Georgia 30326

This 19th day of July, 2016.

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** | /s/Teah Glenn Kirk |
| Suite 1600, Monarch Plaza | Teah Glenn Kirk |
| 3414 Peachtree Rd. NE | Georgia Bar No. 430412 |
| Atlanta, Georgia 30326 | *Attorney for Defendants* |
| Ph. (404) 577-6000 | |
| Facsimile: (404) 221-6501 | |
| Email: tkirk@bakerdonelson.com | |