AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 05 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ocwen Loan Servicing, LL
was received by me on *(date)* 4/28/2016.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nisha Smith at CSC , who is
designated by law to accept service of process on behalf of *(name of organization)* Ocwen Loan
Servicing, LLC on *(date)* 4/29/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/5/16

_____
Server's signature

Earl Gayle - Process Server
*Printed name and title*

ATLANTA LEGAL SERVICES, INC.
3070 Presidential Pkwy
Suite 148
Atlanta, Georgia 30340

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Michael N Lutman on behalf of himself )
)
)
)
Plaintiff(s) )
v. ) Civil Action No.
Ocwen Loan Servicing, LLC )
Duetsche Bank Trust Company Americas f/k/a )
Bankers Trust Company )
Weissman Nowack Curry & Wilco PC ) **1:16-CV-1407 ELR**
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ocwen Loan Servicing, LLC
Registered Agent
Corporation Services Company
40 Technology Parkway, South
Suite 300
Norcross, GA 30326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael N Lutman
8450 Truman Street
Englewood, FL 34224

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 04/29/2016

*Signature of Clerk or Deputy Clerk*