AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 05 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Weissman, Nowack, Curry & Wilco

was received by me on *(date)* 4/28/2016

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leigh Wilco - Partner, who is designated by law to accept service of process on behalf of *(name of organization)* Weissman, Nowack, Curry & Wilco on *(date)* 4/28/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/5/16

_____
Server's signature

Earl Gayle - Process Server
Printed name and title

Atlanta Legal Services, LLC
3370 Presidential Pkwy
Suite 149
Atlanta, Georgia 30340

Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Michael N Lutman on behalf of himself <br><br> *Plaintiff(s)* <br> v. <br> Ocwen Loan Servicing, LLC <br> Duetsche Bank Trust Company Americas f/k/a <br> Bankers Trust Company <br> Weissman Nowack Curry & Wilco PC <br> *Defendant(s)* | Civil Action No. <br><br> **1:16-CV-1407 ELR** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Weissman, Nowack, Curry & Wilco
Registered Agent: Ned Blumenthal, esq.
3500 Lenox Road,
One Alliance Center, 4th Floor, Fulton
Atlanta, GA 30326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael N Lutman
8450 Truman Street
Englewood, FL 34224

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

Date: 04/29/2016

*Signature of Clerk or Deputy Clerk*