# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL N. LUTMAN, | * | |
| Plaintiff, | * | |
| v. | * | 1:16-CV-1407-ELR |
| OCWEN LOAN SERVICING, LLC, et al., | * | |
| Defendants. | * | |

# ORDER

This case is before the Court on Magistrate Judge Linda T. Walker's Report and Recommendation ("R&R"). The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985); Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R (Doc. No. 14) as the opinion of this Court. For the reasons stated in the R&R, the Court **GRANTS** Defendants'

Motions to Dismiss (Doc. Nos. 3, 7); **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims; and **DENIES** Plaintiff's Motion for Default Judgment (Doc. No. 6). The Court **DIRECTS** that, within fourteen (14) days from the date of entry of this order, Plaintiff may amend his complaint to restate his claims against Defendants Ocwen and Weissman Nowack.

> The Amended Complaint must (1) address the shortcomings noted [in the R&R]; (2) comply with the pleading requirements of Rules 8 and 9 of the Federal Rules of Civil Procedure; (3) include a factual background section setting forth specific, nonconclusory factual allegations which directly pertain to Plaintiff's causes of action against the Defendants and suggest support for the required elements of such claims; (4) identify each of his causes of action against the Defendants based on separate transactions or occurrences in separate counts of his Amended Complaint; (5) identify by reference which specific factual allegations and acts by each Defendant support each cause of action against the Defendant within each count of his Amended Complaint; and (6) specifically identify each Defendant against whom a cause of action is brought and the basis for liability against each Defendant within the counts of the Complaint.

R&R at 10-11.

**SO ORDERED**, this 7th day of February, 2017.

Eleanor L. Ross
United States District Judge
Northern District of Georgia