FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 1 3 2017

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Michael N Lutman on behalf of himself | : |
| Plaintiff, | : |
| v. | : Civil Action File No.: |
| | : 1:16-CV-1407-ELR-LTW |
| Ocwen Loan Servicing, LLC | : |
| Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company, | : |
| Weissman Nowack Curry & Wilco, PC | : |
| Defendants. | : |

## PLAINTIFF'S MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

COMES NOW Plaintiff Michael N Lutman in the above-captioned matter, and moves the court for permission to participate in electronic case filing (e-filing) in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

- A computer with internet access;
- An email account on a daily basis to receive notifications from the Court and notices from the e-filing system;
- A scanner to convert documents that are only in paper format into electronic files.
- A printer or copier to create required paper copies such as chambers copies;
- A word-processing program to create documents; and
- A PDF reader and PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed.

Respectfully submitted this 10th of March, 2017.

*[signature]*

Michael N. Lutman, Pro Se
8450 Truman Street
Englewood, FL 34224
770-557-5627
leatherneck3112@gmail.com

## CERTIFICATION OF COMPLIANCE WITH L.R. 5.1B

I hereby certify that the foregoing has been computer processed with 14 point Times New Roman font in compliance with United States District Court for the Northern District of Georgia Local Rule 5.1B.

This 10th day of March, 2017.

Michael N. Lutman, Pro Se
8450 Truman Street
Englewood, FL 34224
770-557-5627
leatherneck3112@gmail.com

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by regular US mail to:

1. Defendant Ocwen Loan Servicing, LLC Registered Agent, Corporation Service Company, 40 Technology Parkway South, Suite 300, Ben Hill, Norcross, GA 30092.

2. Defendant Weissman, Nowack, Curry & Wilco, Registered Agent Ned Blumenthal, esq., One Alliance Center, 4th floor, 3500 Lenox Road, Fulton, Atlanta, GA 30326

3. Defendant Deutsche Bank Trust Company Americas, last known address Mr. Eric Smith, 60 Wall Street, New York, NY 10005

4. Defendant Deutsche Bank Trust Company Americas, Georgia Secretary of State, Corporations Division, 2 Martin Luther King Drive, Suite 313 West Tower, Atlanta, GA 30334-1350.

this 10th day of March, 2017.

*[signature]*

Michael N. Lutman, Pro Se
8450 Truman Street
Englewood, FL 34224
770-557-5627
leatherneck3112@gmail.com

STATE OF _Florida_

COUNTY OF _Charlotte_

BEFORE ME personally appeared Michael N. Lutman who, being by me first duly sworn and identified in accordance with _State_ law, did execute the foregoing in my presence this _10_ day of _March_, 20_17_.

_[signature]_

Notary Public

> Notary Public State of Florida
> Brian J Stack
> My Commission GG 026132
> Expires 09/09/2020

My commission expires: _09/09/2020_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Michael N Lutman on behalf of himself <br><br> Plaintiff, <br><br> v. <br><br> Ocwen Loan Servicing, LLC <br> Deutsche Bank Trust Company <br> Americas f/k/a Bankers Trust Company, <br> Weissman Nowack Curry & Wilco, PC <br><br> Defendants. | Civil Action File No.: <br> 1:16-CV-1407-ELR-LTW |

## ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

The Court has considered the Motion for Permission for Electronic Filing. Finding that good cause exists, the Motion is GRANTED.

**SO ORDERED** this _____ day of _____, 2017.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia