FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 16 2017

JAMES N. HATTEN, Clerk
By: S By~ Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-CV-1407-ELR-LTW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Weissman, Nowack, Curry & Wilco__
was received by me on *(date)* __2/21/17__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Ned Blumenthal__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Weissman, Nowack, Curry & Wilco__ on *(date)* __2/21/17__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2/23/17__

_____
Server's signature

Lorenzo Kenerson – Process Server
Printed name and title

ATLANTA LEGAL SERVICES
6070 Presidential Pkwy
Suite 140
Atlanta, Georgia 30...

Server's address

Additional information regarding attempted service, etc:

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 1 6 2017

JAMES N. HATTEN, Clerk
By: SB̶ Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-CV-1407-ELR-LTW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ocwen Loan Servicing, LLC
was received by me on *(date)* 2/21/17 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Alisha Smith at CSC , who is designated by law to accept service of process on behalf of *(name of organization)* Ocwen Loan Servicing, LLC on *(date)* 2/21/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-22-2017

Marc Allen
*Server's signature*

Marc Allen — Process Server
*Printed name and title*

ATLANTA LEGAL SERVICES
3070 Presidential P[kwy]
Suite 140
Atlanta, Georgia 30[...]
*Server's address*

Additional information regarding attempted service, etc: