AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Michael N Lutman | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 1:16-CV-1407-ELR-LTW |
| Ocwen Loan Servicing, LLC, | ) | |
| Deutsche Bank Trust Company Americas f/k/a | ) | |
| Bankers Trust Company as Custodian, | ) | |
| Weissman, Nowack, Curry & Wilco, PC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ocwen Loan Servicing, LLC c/o Corporation Service Company, 40 Technology Parkway, South, Suite 300, Ben Hill, Norcross, Georgia 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael N Lutman, 8450 Truman Street, Englewood, Florida 34224

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: MAR 09 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-CV-1407-ELR-LTW

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 16 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ocwen Loan Servicing, LLC

was received by me on *(date)* 3/9/17.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Alisha Smith at CSC , who is designated by law to accept service of process on behalf of *(name of organization)* Ocwen Loan Servicing, LLC on *(date)* 3/10/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/13/17

*Server's signature*

Lorenzo Kennerson - Process Server
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: