Michael N Lutman
8450 Truman Street
Englewood, FL 34224

Georgia Secretary of State
214 State Capitol
Atlanta, GA 30334

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 14 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

21 February 2017

Re    Service of Process on Non-Resident Corporation

Greetings to the Secretary,

    I am the plaintiff in a civil action against Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company as Custodian.

    After a diligent search I have been unable to locate any registered agent of record in this state and therefore service is provided herein and supported by the attached affidavit.

Sincerely,

Michael N Lutman

Michael N Lutman
8450 Truman Street
Englewood, FL 34224

IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 14 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Michael N Lutman

    PLAINTIFFS

v.

CASE NO. 1:16-CV-1407-ELR-LTW

Ocwen Loan Servicing, LLC AND

Deutsche Bank Trust Company Americas f/k/a Bankers Trust Company as Custodion AND

Weissman, Nowack, Curry & Wilco, PC

    DEFENDANTS

_____/

## AFFIDAVIT OF SERVICE OF PROCESS

STATE OF Georgia    )
                              ) ss
COUNTY OF Cherokee  )

Comes now Michael N Lutman, the Affiant, and does solemnly affirm that the statements herein are true and correct in substance and in fact, to wit:

1. I am competent and qualified to testify as to the facts herein and that I have personal knowledge of each.

2. That after a diligent and exhaustive search, I was not able to locate the registered agent upon whom service of process can be made in the state for DEUTSCHE BANK TRUST COMPANY AMERICAS

3. The last known address for this individual is 60 Wall Street, New York, NY 10005.

Michael N Lutman
8450 Truman Street
Englewood, FL 34224

_____

*(signature)*
Signature of Affiant

STATE OF Georgia      )
                      ) ss
COUNTY OF Cherokee    )

Subscribed and sworn to before me a notary public this 21 day of February

*(signature)*
Signature of Notary

[ls]



DEBORAH A HYLAND
Notary Public - State of Florida
My Comm. Expires Jun 1, 2018
Commission # FF 119550
Bonded Through National Notary Assn

## Banks
## Company Overview of Deutsche Bank Trust Company Americas

February 19, 2017 7:13 PM ET

Snapshot People

### Company Overview

Deutsche Bank Trust Company Americas provides commercial banking services. Its services include accepting deposits, offering loans and financing. The company was formerly known as Bankers Trust Company and changed its name to Deutsche Bank Trust Company Americas in April, 2002. The company was founded in 1903 and is based in New York, New York. Deutsche Bank Trust Company Americas operates as a subsidiary of Deutsche Bank Trust Corporation.

### Key Executives For Deutsche Bank Trust Company Americas

**Mr. Eric Smith**
Chief Financial Officer

**Mr. Gregory M. Case**
Commercial Banking Executive
Age: 51

**Mr. Vincent J. Costa CFA**
Age: 53

Compensation as of Fiscal Year 2016.

60 Wall Street
New York, NY 10005
United States

Phone: 212-250-2500
Fax:   212-797-0291

Founded in **1903**

---

### Deutsche Bank Trust Company Americas Key Developments

### Samson Resources Corp. Unsecured Creditors Look to Sue JPMorgan Chase Bank NA and Deutsche Bank Trust Co. Americas

Aug 17 16

The official committee of unsecured creditors of Samson Resources Corp. seeks approval to pursue alleged fraudulent transfer claims and causes of action against first- and second-lien lenders as it looks to recover up to $1.5 billion. The committee on Aug. 12, filed a motion in the U.S. Bankruptcy Court for the District of Delaware in Wilmington seeking authority to pursue the claims against first-lien agent JPMorgan Chase Bank NA, first-lien lenders, second-lien agent Deutsche Bank Trust Co. Americas and second-lien lenders. Judge Christopher S. Sontchi has scheduled a hearing on the motion for Sept. 7. Objections are due by Aug. 26. Committee counsel Thomas Lauria of White & Case LLP and debtor counsel Paul Basta of Kirkland & Ellis LLP were unavailable for comment. The committee seeks to prosecute and settle claims from an alleged fraudulent conveyance related to the $8 billion leveraged buyout of oil and gas exploration and production company Samson Investment Co. by private equity sponsors in 2011, four years before the debtor's Chapter 11 filing, and an emergency issuance of second-lien debt nine months after the LBO. The committee also looks to prosecute fraudulent transfer claims against second-lien lenders for the granting of mortgages on previously unencumbered properties immediately before the debtor filed for Chapter 11 protection. Finally, the committee seeks authority to pursue an adversary proceeding to determine the extent of the secured lenders' security interests in certain Samson assets, to avoid improperly perfected liens and to recharacterize or disgorge the adequate protection payments paid to the secured lenders in the Chapter 11 cases. The complaint alleges Samson did not receive reasonably equivalent value for the