# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

MICHAEL N. LUTMAN,             \*
                                      \*

      Plaintiff,            \*
                                      \*

      v.                     \*      1:16-CV-1407-ELR
                                      \*

OCWEN LOAN SERVICING, LLC,  \*
et al.,                         \*

                                      \*

      Defendants.          \*
                                      \*

## O R D E R

This case is before the Court on Magistrate Judge Linda T. Walker's Report and Recommendation ("R&R"). The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985); Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 29] as the opinion of this Court. For the reasons stated in the R&R, the Court **STRIKES** Plaintiff's Amended

Complaint [Doc. 17]; **DENIES AS MOOT** Defendants' Motions to Dismiss [Doc. 23, 24]; and **DISMISSES** this action.  The Court **DIRECTS** the Clerk to close this case.

     **SO ORDERED**, this 6th day of March, 2018.

Eleanor L. Ross
United States District Judge
Northern District of Georgia