Michael Norris Lutman
c/o 8450 Truman Street
Englewood, Florida 34224

Via Certified Mail # 7018 0680 0000 5614 9256

July 13, 2018

Office of the Clerk
United States District Court
2211 United States Courthouse
75 Ted Turner Drive, Southwest
Atlanta, Georgia 30303-3361

**Re: Case # 1:16-CV-1407 Deed of Reconveyance**

Dear Clerk:

 I am requesting Re-conveyance of the property commonly known as 132 Springwater Trace, Woodstock, Georgia, 30188 and subject of the above referenced court case, to Michael Norris Lutman.

Please file and send me a stamped copy of the Deed of Re-Conveyance with stamped "FILED" in the enclosed SASE.

Thank you for your courtesy.

Sincerely,

By:

Michael Norris Lutman

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 9 2016

JAMES N. HATTEN, Clerk
By: S Byn——Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Michael N Lutman on behalf of     :
himself                            :
                                   :
        Plaintiff,                 :
                                   :
        v.                         :
                                   :
Ocwen Loan Servicing, LLC          :
Duetsche Bank Trust Company        :
Americas f/k/a Bankers Trust Company, :
Weissman Nowack Curry & Wilco, PC  :
                                   :
        Defendants.                :

**1:16-CV-1407**

CASE NO.:

JURY TRIAL DEMANDED

ACCEPTED FOR VALUE EXEMPT FROM LEVY

by: _____

all rights reserved, Without Recourse

Exemption ID: 347568685

Deposit to US Treasury Charge the same to

MICHAEL NORRIS LUTMAN 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

Private Indemnity Bond # AMRI00001 Illinois

Registered Treasury Acct. # VJ 840 730 778 US

## PLAINTIFFS COMPLAINT FOR VIOLATING THE FAIR DEBT COLLECTION PRACTICES ACT

**COMES NOW**, the Plaintiff Michael N Lutman complaining of the

defendant(s) and each of them as follows:

### INTRODUCTION

1.

This is an action for damages brought for damages for violations of the Fair

Debt Collection Practices Act (FDCPA) 15 USC § 1692 et seq.; and for declaratory

and injunctive relief.

ACCEPTED FOR VALUE EXEMPT FROM LEVY
by: _____
all rights reserved, Without Recourse
Exemption ID: 347568685
Deposit to US Treasury Charge the same to
MICHAEL NORRIS LUTMAN 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
Private Indemnity Bond # AMRI00001 Illinois
Registered Treasury Acct. # VJ 840 730 778 US